EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2003

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII        CR03-00274 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ |
| ) | |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. § 860(a)] |
| ) | |
| RODNEY MANGOBA, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about May 2, 2003, in the District of Hawaii, defendant RODNEY MANGOBA did knowingly and intentionally distribute approximately .166 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled

substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Sections 860(a) and 841(b)(1)(C).

COUNT 2

The Grand Jury further charges that:

On or about May 9, 2003, in the District of Hawaii, defendant RODNEY MANGOBA did knowingly and intentionally distribute approximately .109 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Sections 860(a) and 841(b)(1)(C).

DATED: May 28, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief/Narcotics Section

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

2