ORIGINAL

PROB. 12B
(7/93)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 3 2007

at __ o'clock and __ min ___ in
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  RODNEY MANGOBA          Case Number: CR 03-00274DAE-01

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
U.S. District Judge

Date of Original Sentence:  8/18/2004

Original Offense:    Distribution of Methamphetamine Within 1,000 Feet of Real Property Comprising an Elementary School, in violation of 21 U.S.C. § 860 (a), a Class B felony

Original Sentence:   Twenty-three (23) months imprisonment to be followed by 6 years supervised release with the following special conditions:  1) Defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 3) Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment; and 4) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Prob 12B
(7/93)

2

On 3/13/2007, the Court modified the subject's conditions of supervised release as follows:

Mandatory condition:  That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

Type of Supervision: Supervised Release    Date Supervision Commenced:  5/22/2006

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

5.    *That the defendant shall participate in the 6-month residential substance abuse program at the Salvation Army Adult Rehabilitation Center (SAARC) until clinically discharged, or complete a similar residential substance abuse program, at the discretion of and as arranged by the Probation Office.  Any violations during his residence at the residential substance abuse program will constitute a violation of supervised release.*

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1.  Special Condition No. 1 | The subject failed to comply with drug testing on 3/9/2007 and 3/14/2007. |
| 2.  General Condition | The subject admitted to the possession and use of amphetamine/methamphetamine on 3/19/2007. |

On 5/22/2006, the subject began his term of supervision under the U.S. Probation Office, District of Hawaii.  During his processing, the subject was referred for substance abuse treatment and random drug testing at Hina Mauka, Waipahu, Hawaii.  On 11/8/2006, the subject successfully completed substance abuse treatment and was continued on random drug testing.

As previously reported to the Court, the subject tested positive for amphetamine/methamphetamine on 2/11/2007 and 2/22/2007, and failed to report for drug testing on 2/12/2007.   The Court took no action on the violations to allow the subject to participate in an Intensive Outpatient Treatment Program (IOP).

However, on 3/9/2007 and 3/14/2007, the subject failed to report for drug testing at Hina Muaka.  When confronted about the stalls, the subject reported that he had been calling Hina Mauka on a daily basis and could not understand why he was being

Prob 12B
(7/93)

3

charged with stalls on those dates. This officer warned the subject that he was in violation of the terms and conditions of his supervised release. The subject expressed remorse for his misconduct and requested an opportunity to obtain IOP treatment. The subject subsequently entered the Kaiser Permanante IOP on 3/16/2007.

On 3/19/2007, the subject submitted a urine specimen which tested presumptive positive for amphetamine/methamphetamine on a non-instrumented drug testing device at Hina Mauka. When questioned about his test result, the subject admitted to using "ice" on 3/19/2007 and represented that he "needed help." Upon further discussion, the subject agreed to enroll in a residential substance abuse program to address his inability to refrain from illicit substance abuse despite his stable residence and network of support. This officer instructed the subject to enroll in the 6-month residential substance abuse program at the Salvation Army Adult Rehabilitation Center (SAARC). On 3/22/2007, SAARC personnel verified the subject's eligibility to enter the program. The subject subsequently entered the SAARC program on 3/26/2007.

In considering the foregoing steps to address his recent relapses, it is recommended that the Court take no action against the subject and allow him to participate in residential treatment at SAARC. Should the subject subsequently test positive for illegal drugs or refuse to participate in drug treatment/testing, the Court will be notified immediately.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

Respectfully submitted by,

CARTER A. LEE
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 3/27/2007

Prob 12B
(7/93)

4

THE COURT ORDERS:

[ X ]    The Modification of Conditions as Noted Above
[    ]    Other

_____
DAVID ALAN EZRA
U.S. District Judge


_____
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]    To extend the term of supervision for  years, for a total term of  years.
[ X ]    To modify the conditions of supervision as follows:

5.    *That the defendant shall participate in the 6-month inpatient substance abuse program at the Salvation Army Adult Rehabilitation Center (SAARC) until clinically discharged, or complete a similar inpatient substance abuse program, at the discretion of and as arranged by the Probation Office.  Any violations during his residence at the inpatient substance abuse program will constitute a violation of supervised release.*

Witness: _____          Signed: _____
CARTER A. LEE                                      RODNEY MANGOBA
U.S. Probation Officer                              Supervised Releasee

_____
3/22/07
Date