PROB. 12B
(7/93)

# ORIGINAL

## United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 3 0 2008

at 3 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  RODNEY MANGOBA          Case Number:  CR 03-00274DAE-01

Name of Sentencing Judicial Officer:  The Honorable David Alan Ezra
U.S. District Judge

Date of Original Sentence:  8/18/2004

Original Offense:  Distribution of Methamphetamine Within 1,000 Feet of Real Property Comprising an Elementary School, in violation of 21 U.S.C. § 860(a), a Class B felony

Original Sentence:  Twenty-three (23) months imprisonment to be followed by 6 years supervised release with the following special conditions: 1) Defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 3) Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, ONorth King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment; and 4) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Prob 12B
(7/93)

Modified
Sentence:              On 3/13/2007, the Court modified the conditions of supervision and
                       imposed the following condition:

                       General Condition:  That the defendant shall refrain from any
                       unlawful use of a controlled substance.  The defendant shall submit
                       to one drug test within 15 days of the commencement of
                       supervision and at least two drug tests thereafter but no more than
                       8 valid drug tests per month during the term of supervision.

                       On 4/3/2007, the Court modified the conditions of supervision and
                       imposed the following condition:  5) That the defendant shall
                       participate in the 6-month residential substance abuse program at
                       the Salvation Army Adult Rehabilitation Center (SAARC) until
                       clinically discharged, or complete a similar residential substance
                       abuse program, at the discretion of and as arranged by the
                       Probation Office.  Any violations during his residence at the
                       residential substance abuse program will constitute a violation of
                       supervised release.

Type of Supervision:  Supervised Release     Date Supervision Commenced: 5/22/2006

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows:

Special Condition No. 1:   That the defendant shall participate and comply with
                           substance abuse treatment which includes drug and alcohol
                           testing, in a program approved by the Probation Office.  The
                           defendant is to refrain from the possession and/or use of
                           alcohol while participating in substance abuse treatment.

## CAUSE

On 2/28/2007, Your Honor was notified that the offender admitted to the
possession and use of methamphetamine on 2/11/2007 and 2/22/2007, and failed to
comply with drug testing on 2/12/2007.  In light of the U.S. vs. Stephens decision, our
office recommended that the Court modify the mandatory drug testing condition to allow
for additional drug testing.  The offender was also referred to Intensive Outpatient (IOP)
at Hina Mauka.  Your Honor concurred with these recommendations.

On 3/27/2007, Your Honor was notified that the offender failed to comply with
drug testing on 3/9/2007 and 3/14/2007, and admitted to the possession and use of
methamphetamine on 3/19/2007.  Our office recommended that a special condition be
added to include that the offender participate in the Salvation Army Adult Rehabilitation

Prob 12B
(7/93)

3

Center (SAARC) residential substance abuse program until clinically discharged. Your Honor concurred with this recommendation.

On 9/26/2007, the offender successfully completed the SAARC program and received his clinical discharge. The offender was subsequently returned to random drug testing at Hina Mauka. The offender also returned to gainful employment and currently works in the luxury stone cutting and installation field.

Due to the offender's history of illicit drug use while on supervision and his past need for substance abuse counseling, our office is requesting that Special Condition No. 1 be revised to include the alcohol prohibition during his participation in substance abuse treatment. Should the offender need additional substance abuse counseling in the future, the new wording will facilitate our office in better supervising his needs.

As noted by his signature on the attached Waiver of Hearing form (Probation Form 49), the offender maintains no objections to this recommendation. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification.

Respectfully submitted by,

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 6/24/2008

Prob 12B
(7/93)

4

THE COURT ORDERS:

[ X ] The Modification of Conditions as Noted Above
[ ]     Other

_____
                    DAVID ALAN EZRA
                    U.S. District Judge

_____
                         Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*Special Condition No. 1:*     *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing, in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Witness: _____           Signed: _____
FRANK M. CONDELLO, II                                      RODNEY MANGOBA
U.S. Probation Officer                                            Supervised Releasee

5/7/08
_____
Date